Case 1:17-cv-02150-RDB   Document 9-2   Filed 11/15/17   Page 1 of 3

Defendant Orig. Ans.                                1:17-cv-02150-RDB

# Attachment B
# Aircraft Lease Term Sheet

## AIRCRAFT LEASE TERM SHEET

**Lessor:** Bluebell Business Ltd, 18 Athol St. Blackburn Hwy Rd Town, Douglas IMI IJA, Isle of Man

**Lessee:** IBX Jets LLC. 1204 Winnowing Way, Mount Pleasant, South Carolina 29466, USA

**Equipment:** 1989 Gulfstream IV, registration N198GS, serial number 1098 ("Aircraft")

**Location of Equipment:** PBI

**Term:** The lease shall commence upon the delivery and acceptance of aircraft and shall terminate on November 30, 2018.

**Base Rate:** During the Term, the monthly lease rate shall be $70,000 (Seventy Thousand US Dollars) per month ("Base Rate") plus Engine Reserves, APU Reserves, and Maintenance Reserves (collectively, the "Hourly Reserves").

**Engine Reserve:** During the Term, Lessee shall pay an engine reserve payment in the amount of $284.00 (Two Hundred Eighty Four US Dollars) per engine for each flight hour of operation ("Engine Reserves"). Engine R/R will be capped at $10K.

**APU Reserve:** During the Term, Lessee shall pay an APU reserve payment of $98.00 (Ninety Eight US Dollars) per APU hour for the current APU program amount, for each hour of operation ("APU Reserves"). The APU Reserves will cover exactly what the MSP contract calls for in the current MSP agreement.

**Capital improvements:** Lessor shall complete new paint at $205,000.00 (Two Hundred and Five Thousand USD) and Wi-Fi $136,000.00 (One Hundred Thirty Six Thousand USD) at United Goderich Aviation to commence on the contract signature date. Lessee shall be responsible for the Wi-Fi. 50% to be paid to Goderich at the start of the work. The balance shall be paid at delivery.

**Maintenance Reserve:** During the Term, Lessee shall pay a maintenance reserve payment in the amount of $1800.00 (One Thousand Eight Hundred US Dollars) per month to be held towards the 72-month inspection reserve, a maintenance reserve payment in the amount of $150 (One Hundred Fifty US Dollars) per landing to be held towards the 5000-hour landing gear/thrust reverser inspections, and an airframe maintenance reserve of $700 per hour to cover any other scheduled and unscheduled airframe maintenance ("Maintenance Reserves"). The Lessor shall cover 100% of all scheduled and unscheduled maintenance required during the Term with the exception of the 72-month inspection and 5000-hour landing gear/thrust reverser inspections which shall be prorated based on Lessee's actual usage. When the 72-month inspection and 5000-hour landing gear/thrust reverser inspections are completed, the maintenance reserve will be applied towards Lessee's portion of the final invoice on a prorated basis taking into account the actual months Lessee has operated the aircraft and number of landings accrued by Lessee vs the number of months in the previous 72-months and number of landings in the previous 5000 landings that the Aircraft was not operated by Lessee. If Lessee's portion of the invoice is less than the Maintenance Reserve, then Lessee shall be due a refund and if Lessee's portion of the invoice exceeds the Maintenance Reserve, the Lessee shall pay the additional cost immediately to cover its portion of the invoice. The maintenance shop for the 72-month inspection and 5000-hour landing gear/thrust reverser inspections will be mutually agreed upon.

| | |
|---|---|
| **Miscellaneous** | Lessee shall incur all costs, including but not limited to, fuel, HAPPS, insurance, pilots, hangar, local and state taxes and other misc., excluding property taxes, expenses except as provided in the sections entitled "Engine Reserves", "APU Reserves" and "Maintenance Reserves". |
| **Excess Usage:** | Hours in excess of 60 hours per month for any extended period(s) will incur an additional surcharge of $500.00 per flight hour in addition to the Hourly Reserves. Such excess usage charge shall be calculated and paid quarterly, reconciled bi-annually. |
| **Payment:** | Upon the delivery and acceptance of aircraft, Lessee shall make 2 (two) Base Rate payments of $70,000 (Seventy Thousand US Dollars) each. Monthly payments thereafter shall be due on the first of the month for the Base Rate and the Hourly Reserves for the previous month. |
| **Security Deposit:** | Lessee shall place a $25,000.00 USD security deposit ("Security Deposit") with Wright Brothers Aircraft Title, Oklahoma City, OK, USA ("Escrow Agent") at signing of term sheet. The Security Deposit shall be released to the Lessor upon the delivery and acceptance of aircraft". |
| **Tax Benefits:** | It is agreed that Lessor would be considered the owner of the Aircraft for federal and state tax purposes. As such, it is further assumed that Lessor would be entitled to the tax benefits of ownership. |
| **Lease Agreement:** | The parties shall execute a mutually agreeable definitive Lease Agreement on or before Friday May 11, 2015. |
| **Documentation:** | All legal matters and all legal documents executed in connection with this transaction shall be satisfactory in form and substance to Lessor, Lessee, their counsel and any assignee of Lessor. |
| **Law & Jurisdiction:** | This Agreement, and any and all of the rights and obligations of the parties hereunder or in any way arising out of or relating hereto and any dispute is any manner relating to the foregoing shall be governed by, and construed, enforced and determined in accordance with the laws of the United Kingdom. |

If you have any questions, please advise.

Sincerely,
**Bluebell Business Ltd**

*Johan Eliasch* (signature)

The foregoing proposal is accepted this 5 day of May, 2015, and we have authorized **Jet Evolution, LLC** to proceed with this transaction as outlined above.

DocuSigned by:
*Chris Jones*
506DD53888FC4FB...

By: Christopher Jones
Title: President
Company: IBX Jets LLC.