CHAMBERS OF
BETH P. GESNER
CHIEF UNITED STATES MAGISTRATE JUDGE
MDD_BPGchambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

September 18, 2018

Andrew Lynch Cole, Esq.
LeClairRyan
410 Severn Avenue
Building C, Ste. 216
Annapolis, MD 21403

Michael Jones, Pro Se
1455 Pennsylvania Ave., N.W., Ste. 400
Washington, DC 20004

  Subject: <u>Bluebell Business Limited v. Jones</u>
       Civil No.: RDB-17-2150

Dear Mr. Jones and Mr. Cole:

  This case was referred to me by Judge Bennett for all discovery and related scheduling, pursuant to 28 U.S.C. § 636(c) and Local Rule 301, on September 10, 2018. (ECF No. 50.) I understand that Mr. Jones is proceeding without counsel in this case. This case will move forward with Mr. Jones acting as his own attorney, <u>pro se</u>, unless and until counsel enters an appearance on his behalf.

  Mr. Jones is hereby advised that discovery—the exchange of documents and information between the parties—is a fundamental part of a lawsuit. In federal court, discovery is governed generally by Rule 26 of the Federal Rules of Civil Procedure. In order for this case to proceed, the parties must satisfy their obligations under the Federal Rules of Civil Procedure, the Local Rules of this court, and applicable case law.[1] Under Rule 26, "Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case…" Fed. R. Civ. P. 26(b)(1).

  Currently pending is plaintiff's Motion to Compel Responses to Interrogatories and Request for Attorneys' Fees ("Motion to Compel") (ECF No. 48). For the reasons stated below, plaintiff's Motion to Compel is granted, but plaintiff's request for attorneys' fees is denied at this time.

  Plaintiff has served Mr. Jones with Plaintiff's First Interrogatories to Defendant. (ECF No. 48-1). Plaintiff alleges that Mr. Jones has not responded to plaintiff's interrogatories. (ECF No. 48 at 2). As a <u>pro se</u> party, Mr. Jones is required to answer all discovery requests even if he does not have an attorney. Mr. Jones is hereby ordered to provide complete and non-evasive responses to plaintiff's interrogatories. Mr. Jones is directed to do so no later than **Friday, September 28, 2018**.

---

[1] I call the parties' attention to the People's Law Library of Maryland, linked through the court's website, which provides information and limited assistance to people representing themselves in this Court. <u>See</u>: http://www.mdd.uscourts.gov/finding-legal-assistance (click on "Programs that Will Help You Represent Yourself in Court").

Accordingly, by **Friday, September 28, 2018**, Mr. Jones is ORDERED to:

1. Provide complete and non-evasive responses to plaintiff's interrogatories. The answers must be true, correct, and to the best of Mr. Jones' knowledge, information, and belief.
2. Attach the following statement to and sign your answers to all Interrogatories:

> **"I do hereby swear or affirm under penalty of perjury that the foregoing answers to interrogatories are true and correct to the best of my knowledge, information, and belief."**
>
> _____
> **Michael Jones**

Please be advised that if Mr. Jones does not comply with this Order, he may be subject to sanctions pursuant to Federal Rule of Civil Procedure 37. See Fed. R. Civ. P. 37.

Notwithstanding the informal nature of this letter, it is an Order of the court and will be docketed accordingly.

Very truly yours,

/s/

Beth P. Gesner
Chief United States Magistrate Judge