IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| **BLUEBELL BUSINESS LIMITED,** | * | |
| Plaintiff/Counter-Defendant, | * | |
| | * | Civil Case No. 1:17-CV-02150-RDB |
| v. | | |
| | * | |
| **MICHAEL JONES,** | | |
| | * | |
| Defendant/Counter-Plaintiff. | | |

\* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEARANCE

Christopher J. Lyon hereby respectfully requests that the Clerk note the entry of his appearance on behalf of Plaintiff/Counter-Defendant Bluebell Business Limited.

Dated: October 16, 2018     Respectfully submitted,

 

*/s/ Christopher J. Lyon*
Christopher J. Lyon (Bar No. 27443)
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Telephone: (410) 783-5795
Facsimile: (410) 510-1789
cjlyon@simmsshowers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October, 2018, I caused the foregoing Notice of Appearance to be filed on this Court's CM/ECF system for service on all counsel of record and I also e-mailed and served a copy via first-class mail, postage prepaid, on:

>Michael Jones
>1455 Pennsylvania Avenue, NW
>Suite 400
>Washington, DC 20004
>mikebroadband@gmail.com
>
>*Pro se Defendant*

>>>*/s/ Christopher J. Lyon*
>>>Christopher J. Lyon (Bar No. 27443)