# SIMMS·SHOWERS LLP

INTERNATIONAL PRACTICE. PERSONAL COMMITMENT.

**Christopher J. Lyon**
PARTNER
cjlyon@simmsshowers.com
443.290.8708

November 29, 2018

<u>**VIA CM/ECF SYSTEM**</u>
The Honorable Richard D. Bennett
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

> Re: *Bluebell Business Limited v. Michael Jones*
> **In the United States District Court for the District of Maryland**
> <u>**Case No.  17-cv-02150-RDB**</u>

Dear Judge Bennett:

What follows is a status report concerning the Court's Letter Order dated November 19, 2018 (ECF No. 75).  Pursuant to that Order, Defendant is to appear for a deposition tomorrow, November 30, along with his brother Christopher Jones, father Charles Jones and mother Carolyn Jones, who are also to be deposed.

At approximately 3:15 p.m. this afternoon, the undersigned received a telephone call and the attached correspondence from bankruptcy attorney Michael P. Coyle.  Mr. Coyle communicated that he represents Defendant and that Defendant this afternoon filed a Chapter 7 bankruptcy petition.  The undersigned has since verified that the Defendant's bankruptcy case is pending as Case No. 18-25698 with the United States Bankruptcy Court, District of Maryland.

In view of the bankruptcy filing, the undersigned respectfully requests that the Court excuse Plaintiff from having to appear at the ordered depositions.  While there has not been sufficient time to fully research the issue, Plaintiff expects that 11 U.S.C. § 362(a)(1) stays this case—including compliance with the Court's Letter Order of November 19.

Respectfully submitted,

*Christopher J. Lyon*

Christopher J. Lyon

Enclosures

cc:     Michael P. Coyle, Esq. (via E-mail)(mcoyle@thecoylelawgroup.com)

**From:**            mcoyle@thecoylelawgroup.com
**Sent:**            Thursday, November 29, 2018 3:17 PM
**To:**              Christopher J. Lyon
**Subject:**         FWD: 18-25698 Chapter 7  Voluntary Petition - case upload - CH7 - Michael Scott
                     Jones


Here is the ECF email


_____

 **Michael P. Coyle**

*The Coyle Law Group, LLC*

**Columbia Office:**
7061 Deepage Drive, Ste 101B
Columbia, MD 21046
Tel: 443-545-1215
Fax:443-817-9640

 **Rockville Office:**
401 E. Jefferson Street, #201
Rockville, MD 20850
Tel:  301-273-5977
Fax:443-817-9640

 www.thecoylelawgroup.com
@coylelawgroup




--------- Original Message ---------
Subject: 18-25698 Chapter 7 Voluntary Petition - case upload - CH7 - Michael Scott Jones
From: BKECF_LiveDB@mdb.uscourts.gov
Date: 11/29/18 3:07 pm
To: courtmail@mdb.uscourts.gov

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**District of Maryland**

Notice of Bankruptcy Case Filing

The following transaction was received from Michael Patrick Coyle entered on 11/29/2018 at 3:07 PM EST and filed on 11/29/2018

**Case Name:**     Michael Scott Jones
**Case Number:**    18-25698
**Document Number:** 1

**Docket Text:**
Chapter 7 Voluntary Petition Individual, Schedules A-J & Statement of Financial Affairs Fee Amount $ 335 filed by Michael Patrick Coyle of The Coyle Law Group LLC on behalf of Michael Scott Jones. Section 521(i)(1) Incomplete Filing date: 1/14/2019. (Coyle, Michael)

The following document(s) are associated with this transaction:

Document description:Main Document Original filename:G:\ECF\Jones, Michael Scott\Petition.PDF
Electronic document Stamp: [STAMP bkecfStamp_ID=1013806484 [Date=11/29/2018]
[FileNumber=39738817 -0]
[20844eb482730a27f29a87df690ab65443be959c3366f802863e52b53c07608f2
be6b2f336bda730fd3aab29a6eb47d4473d9b746327104c7ddbf351c8a14cff]]

**18-25698 Notice will be electronically mailed to:**

Michael Patrick Coyle mcoyle@thecoylelawgroup.com,
bjanney@thecoylelawgroup.com,
coylelawyer2006@gmail.com

**18-25698 Notice will not be electronically mailed to:**

Debtor(s): Michael Scott Jones; Mike Jones