UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
BETH P. GESNER
CHIEF UNITED STATES MAGISTRATE JUDGE
MDD_BPGchambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

December 8, 2021

Christopher J. Lyon, Esq.
103 Witherspoon Rd.
201 International Circle, Ste. 250
Hunt Valley, MD 21030

Michael Jones
103 Witherspoon Road
Baltimore, MD 21212

Subject: <u>Bluebell Business Ltd. v. Jones</u>
Civil No.: RDB-17-2150

Dear Counsel and Mr. Jones:

Currently pending are defendant's Motion to Lift Stay (ECF No. 78) and plaintiff's counsel's Motion to Withdraw Appearance (ECF No. 79). Before the court is able to fully consider the pending motions, the court has questions regarding the status of this case given that this case has been stayed since November 30, 2018. (ECF No. 77).

Accordingly, the court directs counsel for plaintiff to submit a status report by no later than **December 15, 2021** to (1) update the court on the status of defendant's bankruptcy proceeding including whether plaintiff pursued its claims against defendant in the bankruptcy proceeding and, if so, to update the court on the status of plaintiff's claims and (2) advise the court as to the basis for plaintiff's counsel's Motion to Withdraw Appearance.

Notwithstanding the informal nature of this letter, it is an Order of the court and will be docketed accordingly.

Very truly yours,

/s/

Beth P. Gesner
Chief United States Magistrate Judge