Mr. Richard D. Bennett
United States District Judge
Northern Division
U.S. Courthouse
Chambers 5D
101 W. Lombard Street
Baltimore, MD 21201
Tel: 410-962-3190
Fax: 410-962-3177
Email: mdd_RDBchambers@mdd.uscourts.gov
Civil No: RDB-17-2150

December 9, 2021



*Via Messenger Service*

Re: Jones's Response to Bluebell's Attorney Withdrawal / Jones Reply To Bluebell's Unopposed Attorney Withdraw

Case: 1:17-cv-02150 District Court of Maryland, Baltimore Division

Dear District Clerk;

Please accept and file this document in response to ECF 79. Thank you for your assistance in filing this document.

Dear Judge Bennett;

I am filing this Response to Attorney Withdrawal (ECF 79) / Jones Reply To Bluebell's Unopposed Attorney Withdraw.

Sincerely,

*Mike Jones*

Michael Jones

## JONES'S RESPONSE TO ATTORNEY WITHDRAWAL

Pro se, Michael Jones, submits this Response to opposing counsel's Motion to Withdraw as Counsel (ECF 79). Jones does not oppose that Motion.

Jones also summarizes Bluebell's previous attorney withdrawals and appearances for the courts efficient reference:

1. Ms. Setareh Ebrahimian of LeClair Ryan withdrew on July 23, 2018 - Case No. RDB-17-2150 (Exhibit - A).

2. Mr. Andrew Cole of LeClair Ryan withdrew on October 4, 2018 - Case No. RDB-17-2150 (Exhibit - B).

3. Related Case No. 1:19-ap-00074 (Bankruptcy Adversary), on July 16, 2021, Mr. Stephen Simms filed a Notice of Appearance and Request for Notice Filed by Bluebell Business Ltd [1].

4. Related Case No. 1:19-ap-00074 (Bankruptcy Adversary), on July 16, 2021, Mr. Joseph Allen filed a Notice of Appearance and Request for Notice Filed by Bluebell Business Ltd [2].

---

[1] Adversary Case 1:19-ap-00074 closed on September 21, 2021. There does not appear to be a notice of withdrawal from Mr. Christopher J. Lyon for this Case No on the docket.
[2] See footnote No 1.

5. Related Case No. 1:21-cv-00953 (Notice of Appeal re Bankruptcy Sanctions Matter), on July 16, 2021, Mr. Stephen Simms filed a Notice of Appearance and Request for Notice Filed by Bluebell Business Ltd [3].

6. Related Case No. 1:21-cv-00953 (Notice of Appeal re Bankruptcy Sanctions Matter), on July 16, 2021, Mr. Joseph Adams filed a Notice of Appearance and Request for Notice Filed by Bluebell Business Ltd [4].

7. Mr. Graham Shear, Solicitor and Commercial Litigator of Bryan Cave Leighton Paisner LLP (BCLP) informed Jones on November 10, 2021, *"this firm ceased to act for Bluebell Business Limited ("Bluebell") in 2020"*, and *"We do not know which firm (if any) act for Bluebell"* - Case No. RDB-17-2150 (Exhibit - C) [5].

8. On November 23, 2021, Mr. Stephen Simms of Simms Showers LLP, said: *"Our firm will not continue to represent Bluebell"* - Case No. RDB-17-2150 (Exhibit - D).

9. On November 23, 2021, Mr. Christopher J. Lyon filed his unopposed motion to withdraw appearance as attorney for Bluebell Business Limited - Case No. RDB-17-2150(Exhibit - E).

---

[3] ORDER dismissing as moot1 Bluebell Business Ltd.'s Motion for Leave to Appeal. Signed by Judge Ellen L. Hollander on 8/19/2021.
[4] See footnote 3.
[5] Mr. Graham Shear is the same attorney (U.K. Solicitor) that said to Jones on November 1, 2021 *"Good Luck Finding Him"*. Mr. Shear was referring to Mr. Johan Eliasch, beneficiary of Bluebell Business Limited.

## CERTIFICATE OF SERVICE

I, Michael Jones, hereby certify that Jones's Response to Attorney Withdrawal / Jones Reply To Bluebell's Unopposed Attorney Withdraw was served to counsel listed below via email on December 9, 2021.

Respectfully submitted,

*Mike Jones*

Michael Jones, *prose*
1B RT 72 100 Yards North
from The Space San Juan Del
Sur Nicaragua 25203571
Email: mikebroadband@gmail.com

Mr. Christopher J. Lyon
(Bar No. 27443)
Counsel for Bluebell Business Limited
Simms Showers, LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Telephone: (410) 783-5795
Fax: 410-510-1789
Email: cjlyon@simmsshowers.com
Web: www.simmsshowers.com

Mr. John Stephen Simms
(Bar Acc No. 8512010574)
Counsel for Bluebell Business Limited
Simms Showers, LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Telephone: 410-783-5795
Direct: 443-290-8704
Fax: 410-510-1789
Mobile: 410-365-6131
Email: jssimms@simmsshowers.com
Web: www.simmsshowers.com