

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
David E. Ciambruschini, Chief Deputy

Reply to Northern Division Address

January 7, 2022

**Michael Jones**
1B Rt 72 100 Yards North
from The Space San Juan Del
Sur Nicaragua 25203571

FILED _____ ENTERED
LODGED _____ RECEIVED

JAN 1 0 2022

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Re: Case No. RDB 17-cv-2150

Dear Counsel/Party:

The Clerk received your **"Motion for Order of Default"** on January 4, 2022; however, it is deficient in the area(s) checked below and is being returned to you.

### Noncompliance with L.R. 101 or 102
- ☐ Member of bar has not signed the document.
- ☐ Business entities other than sole proprietorships must be represented by counsel.

### Noncompliance with L.R. 102 and FRCivP 5
- ☐ Certificate of service not affixed to document.
- ☐ Certificate of service not dated and/or not signed.

### Noncompliance with L.R. 104 or 105
- ☐ Discovery materials should not be filed unless in support of a motion or by court order.
- ☐ Discovery motion filed contrary to L.R. 104.7.
- ☐ Motion to compel filed contrary to L.R. 104.8.

### Miscellaneous
- ☐ Document does not contain original signature.
- ☐ Document relates to more than one file. Original and appropriate copies are required for each file unless the cases have been consolidated for all purposes.
- ☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
- ☒ **Other: Civil Action Closed on 11/30/2018.**

_Richard D. Bennett_  January 10, 2022
Richard D. Bennett              Date
United States District Judge

cc: Other counsel/party
Return pleading letter (Rev. 02/2011)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov